**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 8 2025

TAMMY H. DOWNS CLERK
By: _____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____Delta_____ **DIVISION**

CASE NO. __2:25-cv-00044-LPR-JTK__

Jury Trial: ■ Yes □ No Jury Demand
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: **Cembrin Bernes**
ADC # **147871**

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge <u>Rudofsky</u>
and to Magistrate Judge <u>Kearney</u>

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: **Dexter Payne**

Position: **Director 07 A.D.C**

Place of employment: **Central Office**

Address: **6814 Princeton Pike  Pine Bluff, AR-71602**

Name of defendant: **William Straughn**

Position: **Deputy Director**

-4-

Place of employment: Central Office

Address: 6814 Princeton Pike Pine Bluff, AR-71602

Name of defendant: Aundree Culclager

Position: Director

Place of employment: Central Office

Address: 6814 Princeton Pike-Pine Bluff, AR-71602

Name of defendant: Todd Bell

Position: Warden

Place of employment: East Arkansas Regional Unit

Address: P.O. Box 970 – Marianna, AR-72360

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
■ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓  No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Case No· 4:24-cv-00910 LS @ Pending Suit on Dexter Payne, et al. About 9½ years of inhumane Prison Conditions suffering in Solitary Confinement.

■ Parties to the previous lawsuit:

Plaintiffs: Cambrin Barnes

Defendants: Dexter Payne – Moses Seclson – M. Richardson –

Brendon Davis – David Ryles – Rory Griffin·

-5-

- ■ Court (if federal court, name the district; if state court, name the county):

  THE EOSTERN DISTRICT FOR ARKANSES

- ■ Docket Number: 36

- ■ Name of judge to whom case was assigned: KGB - J.T. Kearney

- ■ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

- ■ Approximate date of filing lawsuit: 10-21-2024

- ☐ Approximate date of disposition: DO NOT Know

IV.   Place of present confinement: (A·D·C) E·C·R·U-MCX P·O·BOX 970
MCRicnne, AR - 72360

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __X__    No _____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Dexter Peyne, William Straughn, Aundrea Culcleger, Dr. Rushefsky, Dr. Kittrell, Jason Palmer, Tracy Bennett, T. Owen, N. Hemmock, A. Mitchell, Ms. Allen, Ms. Esau, Ms. Hatcher, M. Richardson, Todd Bell, John Haynes, Moses Jackson, S. Lane, B. Johnson, T. Allison, Mr. Ley, Ms. Archie, Ms. Middleton, all knew and/or "should have known" they were causing and/or caused the violations of the plaintiff 8th, 5th, and 14th amendments Right to the United States Constitution. Plaintiff Barnes can prove the Defendants have ordered, permitted, allowed, or, otherwise directed the (A·D·C) security staff, medical personnell, and, mental health employees [to] in fact violate all the above article amendments to the Arkansas and or United States Constitution with the understanding that the Defendents would block, and or otherwise dismiss all resulting prisoner civil actions. Dexter Peyne-William Straughn-Todd Bell-M. Richardson have all been well informed through the inmate Grievence Procedure about the (E·A·R·U) correctional facility being severely under staff, but has still failed to remedy the problem. The lack of prison guards are ongingly causing plaintiff to suffer cruel and unusual punishment-which is causing plaintiff 8th, 5th, and 14th (U·S·C) amendment rights to be violated on a daily basis. Mr. Ball does not have enough employees to guard the facility full time from the inside out to prevent attempted escapes or run facility operations on a persistent level-so therefore im being denied recreation exercise 5 days a week-heir cuts and shaves are being cancelled for months at a time-there is never a prison guard in post to notify medical or mental health when I have chest pains or indirect suicidal thoughts. Prisoners are being found dead in the cell because Director Peyne-William Straughn-T·Bell-and-M·Richardson does not have enough prison guards to conduct routine safety checks and inmate counts to prevent attempted escapes, so therefore it's an ongoing breech of security at an alarming rate.

The Director of health/mental health services Aundrea Culcleger never find any of my serious complaints with merit no matter how much evidence I provide to support my claims every response end with the exact same (without merit)

-7-

Statement of Claims continued

Yes  X    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

response, No matter what the complaint, and offering No redress. DR. Rushefsky and DR. Kittrell Both knew and/or "Should Have known" that 10 years of solitary confinement stuck in restricted housing cells with very little sunlight outside to get vitamin D is known to cause severe Psychiatric morbidity, disability, suffering and mortality - which Plaintiff Barnes are going through right Now. Within the last 10 years Plaintiff Barnes Housing Has Been at Varner Supermex - Tucker Max - and- Now is currently Housed at E.A.R-Max in a solitary confinement cell suffering with serious mental illnesses that the Bios D.A.C Psychologist and Psychiatrist are refusing to diagnose and treat which is DR. Rushefsky and DR. Kittrell. Jeson Palmer - Aundree Culleager - DR. Rushefsky - DR. Kittrell - N-Hemmock - A-Mitchell - Ms. Esau - Ms. Allen - and- Mr. Smith all knew and/or ("Should Have known") that Plaintiff Barnes is a seriously mental ill inmate that should be placed at an all male psychiatric Hospital Prison facility in a less stressful setting where Plaintiff could receive the treatment He Needs. All mental Health staff Named Herein all knew and/or should Have known that the restricted Housing solitary confinement Cells at the E.A.R-Max facility are so isolating that they are "toxic" for Seriously mentally ill inmates like Plaintiff Barnes who Has a long History of Suicide attempts. The Directors - Wardens - Mental Health - and - Medical staff Has taken steps to make life as miserable as possible for mentally ill inmates Such as Plaintiff Barnes. Plaintiff Claims that all Directors - Wardens - and - mental Health staff Named Herein knows that the lack of staff and inadequate Programms Has caused Plaintiff to mentally deteriorate in Deep Dark spaces of depression while Having Difficulty following the rules Necessary to advance out the Max - But - will Not remedy the Problem, while allowing Him to get Punished By Prison officials and Disciplinary Judges on a consistent level. They are allowin The cruel and unusual Punishment to Go on. Plaintiff also Claims that He Has Not Been Exposed to sunlight outside 30 times within the last ten years Because it's Been a short of staff at V.S.M - M.S.U - and - E.A.R.M, which is all the restricted Housing Supermex and Maximum security units Plaintiff Has Been Housed at within the last Decade - that Has caused Plaintiff to Become Physically ill also suffering from softening and, often, Bending of the Bones - weak in the Joints - Tottering - fatigue - and - Shaky - with severe Chest Peins, that the on station Health Care Provider Tracy Bennett Has intentionally and maliciously refused to furnish me the Proper medical treatment for, thus violating Her Hippocratic oath. Every time Plaintiff

Grieve @ complaint @bout Tracy Bennett unconstitutional malfeasance and mal-practice actions toward plaintiff Barnes health conditions Nurse Hatchett - Jason Palmer - and - Aundree Culcleger always turn the other cheek to protect Tracy Bennett by finding all my grievance complaints (without merit). Nurse Cotton has even told plaintiff Barnes while he was in the hell cage on 10/11/2024 @t approx. 8:38a.m. (I don't care about you writing no grievance on me because Aundree Culcleger is gone protect me and find your grievance complaint without merit everytime) - and that's exactly what Director Culcleger and Jason Palmer has been conspiring to do consistently with all plaintiff grievance complaints. To be clear plaintiff suffering and torture has been kept @ secret from the American people long enough. Honestly - plaintiff Barnes has done nothing to the defendants named herein to warrant this denial of his basic human rights. Moses Beckson - Tyrone Allison - John Haynes - B. Johnson - Sgt. Archie - Warden Ley - and - Nurse Middleton has all showed @ callous disregard to the quality of plaintiff life and state created liberty interest. (See statement of facts). Sgt. McKnight and J. King destroyed 3 of plaintiff legal mail envelopes that ~~contained~~ consisted of deceased family photos - religious material - transcript to criminal case - lawsuits - poems - and - rap songs that had sentimen al value to it.

To be clear: "Director Payne - William Straughn - Aundree Culcleger - has allowed their lies and evil wickedness to grow and develop into policies of outright oppression against me. I am now doing my best to fight back against those policies that mandates that prisoners be subjected to torture and hellacious mistreatments because of the meetings that's being held in the (A.D.C) conference rooms - medical and mental health departments that I am not invited to. All parties named herein knew and/or should have known wat they caused or caused to be caused against me is not just wrong - but - outright evil. The prejudices of the (A.D.C) defendants named herein are seen in the dehumanization of the manifestation inside of my tormented being. There is no way these American (A.D.C) citizens should be allowed to continue to ignore the pain - torture - and - suffering im experiencing while in the care - custody - and control of (A.D.C) state institution. All directors - wardens - and - mental health doctors named herein has ~~_____~~ used sensory deprivation to torture me with 10 years of restricted housing solitary confinement with no relief or release".

# End of Statement of Claims

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes. Pleintiff Went end need The Court To Compensete Him Seven million, Seven Hundred Seventy Seven Thousand, Seven Hundred Seventy Seven Dollers, For The Years Of Mentel-Physicel-Emotionel-end-Punitive Demeges Thet Hes Been Ceused By The (A.D.C) Defendents Nemed Herein. Pleintiff Went end Need The Court To Order Him To Be Trensfer'd Out The E.A.R-Mex On en Urgent Besis To Undergo Thorough Psychietric Exeminetion in @ Less Stressful Mentel Heelth Treetment Hospitel Prison Fecility end Not Be Returned To An Mex OR Supermex Prison Never egein. Pleintiff Went end Need The Court To Order en Emergency @ssessment Of @ll Prisoners @t The E.@.R-Mex Fecility To @scertein How meny more Seriously Mentell ill Prisoners Require Mentel Heelth Services OR Trensfer To @ Less Stressful Setting Where

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.(See Next Pege)

Executed on this  23  day of  Februery            , 20 25  .

Cemerun Bernes

_____

_____
Signature(s) of plaintiff(s)

# Relief Continued

They can receive the treatment they need by mental health professionals who are not employed by the (A·D·C / D·O·C) in an environment that allows privacy for the prisoner and the clinician to insure that the interviews would not be biased. Plaintiff want and need the court to order him to undergo a full body physical examination by doctors not employed by the (A·D·C / D·O·C) in an real hospital to receive the treatment he need and insure that the examination would not be biased. Plaintiff want and need the court to order the psychologists and psychiatrists to make daily rounds in the solitary confinement area to visit the seriously mentally ill inmates that do not read-write-or-take showers. I want and need the court to serve justice and give me a judgement day that's fair and righteous based on the facts I present to support my claims. I pray that the God of law and order be within your court with the equal protection of freedom-justice-and-equality. Thank you, your Honor have a blessed day!! Peace!!

Cambrin Barnes

2-23-2025

Attachment VI
00

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | |
|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-01654 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In you grievance dated 7/1/24, you stated, "On 6/30/2024 at approx. 6:58 am. Warden Davis made a Duty round in ISO #3 and sent Capt Sweeney too uncover my observation cell window while im on treatment precaution. Sgt. Archie had my observation cell window covered up for 12 hours straight on 6/29/2024. I told Capt. Lane the same night on 6/29/2024 Thar Sgt. Archie had my observation cell window covered up and I'm having suicide thoughts I need to be supervised-Thats when Capt. Lane told me that per Mental Health advisor Mr. Owens the treatment precaution observation cell windows must be covered up at all times. So for 12 hours I was unsupervised having a mental breakdown hearing voices telling me to kill myself while no one is looking through the observation cell window, I was feeling helpless crying out in mental agony. The sick part about this cruel and unusual punishment is that there was no one to counsel me and acknowledge my pain and suffering-which makes me feel totally worthless."

On 8/26/24, the warden responded, "Deputy Warden Davis states in 6/30/24 he did make rounds in Isolation and had Captain Swinney to under cover the observation window. Captain Swiney states he did uncover the observation window. Captain Lane states he did not speak with you on 6/29/24. Sergeant Archie states the observation window is always cover. Also, states she always go to the door and do a security check. You failed to support your claim of cruel and unusual punishment. Therefore, I find your grievance without merit."

Your appeal was received on 9/4/24. After a review of your appeal and supporting documentation, I concur with the warden's decision. Inmate Barnes, you have not provided any evidence to support your claim of cruel and unusual punishment. Therefore, I find your appeal without merit.

Appeal denied.

DIRECTOR

_[signature]_ 9-11-24

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

_[handwritten]_ Fully Exhausted

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-02947 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In your grievance dated 9/21/24, you stated, "On 9/21/2024 did not one zone sergeant make a routine safely check or do inmate count to prevent attempted escapes and counsel with me about the unprofessional-unconstitutional- disrespectful action displayed by CPL- AYinde. Would not notify Iso 2 zone sergeant to do a round or inmate count- because he thought I was gone expose the fact that he did not feed the inmate Jackson in 53 cell lunch or dinner which was not the case. I wanted to consult with a zone sergeant or above about the fact that I was having chest pains shortness of breath-and-stomach aches- while there was no officer on post in Iso #2 to notify medical about my health condition. On the above date at 5:25 P.M Major Allison care in iso #2 to place 53 cell Jackson on suicide watch because Ayinde did not feed him lunch or dinner- I attempted to stop Major Allison serval times about my situation and prisoned just ment problems- but to no avail. Warden Lay is allowing Major Allison Cpl. Ayinde and the Iso 2 zone sergeants to violate my connotational rights. Im requesting William Straughn to review the audio video camera footage to Cee Major Allison coming in Iso 2 witnessing that Cpl. Ayinde abandoned his post and did not take corrective actions."

On 12/4/24, the warden responded, "You are attempting to grieve multiple issues. Per Medical, you were seen three (3) times on September 21, 2024, with no mention of chest pains. Therefore, your grievance is found without merit."

Your appeal was received on 12/10/24. After a review of your appeal and supporting documentation, I concur with the warden's decision. You have not provided any evidence to substantiate your claim. Therefore, your appeal is without merit.

Appeal Denied.

DIRECTOR

_[signature]_ 12-26-24

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

_[handwritten]_ Fully Exhausted

Case 2:25-cv-00044-KGB-JTK    Document 2    Filed 02/28/25    Page 11 of 32

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | | |
|---|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-03205 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On October 12, 2024, you grieved "On 10/10/2024 Director @undre@ Culcl@ger signed her sign@ture to @ f@lsified lie in Griev@nce #: E@M24-02972 @nd heres the evidence to support my cl@ims: The @ppe@l decision Culcl@ger sent me to the @bove Griev@nce # cle@rly st@tes: "The medic@l dep@rtment's response is upheld @nd this @ppe@l is without merit." Now let's ex@mine the lie from the li@r Ms. Culcl@ger told @ lie when she s@id "This @ppe@l is without merit." Ms. Culcl@ger how c@n you find this @ppe@l without merit when he @udio video c@mer@ foot@ge inside my cell gone show @nd prove w@t im s@ying to be right @nd ex@ct like c@lcul@ted f@cts? Culcl@ger why is it th@t you never mentioned nothing @bout reviewing ISO 2-59 cell @udio video c@mer@ foot@ge in your @ppe@l decision? Why is it th@t you never spoke on nothing I s@id in my @ppe@l decision? Ms. Culcl@ger @re you willing to submit to @ (C.V.S.@) test @nd testify under o@th in Feder@l Court s@ying th@t you ceen Nurse Belcher put my psyche meds in my h@nd on @udio video c@mer@ on 9/24/2024? Circle: Yes or No! The f@lse decision Director Culcl@ger h@s used to deny my @ppe@l with out merit h@s c@used me to suffer ment@l deterior@tion -emotion@l @nd physic@l distress."

The medical department responded, "Records reflect that this incident has already been answered in grievance EAM24-02972. Records indicate that you were given this medication on the date of 9-24-24. In conclusion, you did receive your medication. Your grievance is without merit."

Your appeal states "Ms. Culcl@ger the @udio video c@mer@ foot@ge gone show @nd prove th@t the records h@s been f@lsified - which is @nother viol@tion of policy. Th@ts why you @nd J@son P@lmer never s@id y@'ll reviewed the ISO 2 video foot@ge bec@use y@'ll know the c@mer@ gone tell the truth @nd the records gone tell @ lie. Cee, Im not double dumb. I know you h@ve looked @t the video foot@ge - you @re just turning the other cheek to the viol@tion of policy - bec@use you h@ve been progr@mmed to protect evil people."

The written decision of an appeal is the end of the grievance process for that particular grievance. My response to grievance #EAM24-02972 stands as is. Your allegations are unfounded and this appeal is without merit.

DIRECTOR

*Aundrea Culclager 11/5/2024*

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*Fully EXH@usTed*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | |
|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-03296 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In your grievance dated 10/16/24, you stated, "On 10/16/2024 at @pprx. 8:45 @.m. W@rden B@ll-W@rden Rich@rdson-@nd-W@rden D@vis @llowed their lower r@nking security st@ff to pr@tice@n ongoing form of bre@ch of security @n heres the evidence to support my cl@ims: On the @bove d@te @nd time me @nd Sgt. Johnson both eye witnessed th@t ISO#2 control booth post w@s @bandoned by whoever the corpor@l w@s th@t where suppose to be @ssigned to it. Director Str@ughn @ll W@rdens @nd Center Supervisors h@ve been well informed through the inm@te griev@nce procedure @bout this ongoing unconstitutional pr@ctice but is still f@iling to t@ke corrective @ctions. On the @bove d@te @nd time I w@s escorted out of ISO 2-59 cell by two officers @nd we @ll 3 eye witnessed how the W@rdens @re allowing lower level corpor@ls to @b@ndon ISO 2 post orders. When I w@s returned b@ck to my cell by Sgt. Johnson I st@rted h@ving @ ment@l bre@kdown @nd needed to cee Ment@l He@lth. Mr. Str@ughn ple@se review ISO 2 video foot@ge to cee the evidence to support my cl@ims @nd punish every st@ff member who is @t f@ult for unconstitutional pr@ctices."

On 11/20/24, the warden responded, "Deputy Warden Richardson stated he does not allow staff to abandon post. Also, stated staff must man more than one post too ensure rounds are made due to the shortage of staff. Deputy Warden Davis is assigned to General Population. Documentation show you were seen by Mental Health on the above date."

Your appeal was received on 11/26/24. After a review of your appeal and supporting documentation, I find though the unit was short staffed and had to have one person manning more than one post, security checks were being made according to policy to maintain security. Therefore, I find no merit in your appeal.

Appeal Denied.

**DIRECTOR**

*Ull 12-18-24*

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*Fully Exh@usted*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Barnes, Cambrin | ADC #: | 147871 | GRIEVANCE#: | EAM24-03191 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On October 13, 2024, you grieved "On 10/11/2024 at approx.. 8:38 a.m. Nurse Cotton denied and deprived me the opportunity to review my full medical jacket history. On the above date and time Nurse Cotton told me that Jason Palmer and Nurse Hatchett told her that inmates are not allowed to review their full medical history by policy - so Nurse Cotton only gave me 5 documents out of my complete medical history - thats when she cancelled my medical jacket review 40 minutes early - while telling me I don't care about you writing no grievance on me because Director Aundrea Culclager is gone protect me and find your Grievance complaint without merit every time. Ms. Culclager why is it that Jason Palmer - Nurse Hatchet -and - Ms. Cotton are banding together to violate policy by not affording me the opportunity to review my a.d.c. medical history? Wat is it that these nurses are conspiring to hide and cover up? Wat medical policy say that inmates are not allowed to review their medical history? Being denied medical service has caused me mental deterioration- N-physical distress."

The medical departmnet responded, "Records reflect you requested to review the following documents on 10-7-24: every sick call, refusal, treatment precautions, provider encounters and diagnostic test results since arriving at EARU. On 10-11-24 MR Cotton allowed you to review your documents as requested and documented the following Inmate Barnes #147871 reviewed every sick call , treatment precaution documents, provider documents all requested documents were available to inmate. In conclusion, you have been allowed to review the requested materials during your 1 hour long medical jacket review on 10-11-24."

Your appeal states "This @nother lie from the liers th@t @re trying to get you to rely on @ lie. How did I review @ll the documents th@t they so c@lled @llowed me to review in 20 minutes- when Nurse Cotton c@ncelled my medic@l j@cket review 40 minutes e@rly. Ms. Culcl@ger review the video footage on 10/11/2024 @t 8:38 @m. @nd cee with your supreme eyes how long w@s I in the h@ll c@ge reviewing my medic@l history. Look how J@son P@lmer reveeling his lying king w@ys t@lking @bout in the @bove response th@t I h@d @ 1 hour long medic@l J@cket review."

According to the grievance policy, the portion written below the signature line is not part of the appeal and, therefore, will not be addressed at this time: you must write in the designated space.

Per the Medical Record Review Verification that you signed, you reviewed your medical records from 8:22 AM to 9:22 AM; therefore, this medical department's response is upheld and this appeal is without merit.

DIRECTOR

*Aundrea Culclager* 11/5/2024

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*✗ Fully Exh@usted ✗*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

**INMATE NAME:** Barnes, Cambrin    **ADC #:** 147871    **GRIEVANCE#:** EAM24-03733

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In your grievance dated 11/16/24, you stated, "This griev@nce compl@int is to inform director P@yne @nd Willi@m Str@ughn @bout the f@ct th@t W@rden B@ll does not h@ve enough prison gu@rds to gu@rd this prison f@cility from the outside in or inside out @t the E.@.R.U. Unit. The South Tower post never h@ve @ prison gu@rd holding down post which is @ direct bre@ch of security. In Gener@l Popul@tion south 1-8 BRKSit's only 2 gu@rds oper@ting 8 BRKS with 50 inm@tes in e@ch BRKS which is 2 gu@rds @ssigned to w@tch over 400 inm@tes. Mr. P@yne w@t 2 prison gu@rds do with 400 inm@tes @t @ time. How c@n 2 prison gu@rds protect @nd w@tch 400 inm@tes inside 8 differ@nt BRKS? On Restricted Housing in the M@x cell Blocks 1-8 there is never @ prison gu@rd on post to supervise inm@tes for 12 hours @ shift-so therefore the control booths @re being @bandoned by officers-@nd-inm@tes @re being gound de@d in the cell bec@use there is no gu@rds on post to notify medic@l when we @re sick. Isolation 1,2, @nd 3 never h@ve @ prison gu@rd on post to supervise inm@tes to prevent @ttempted esc@pes or notify medic@l when im sick. The deficiency in st@ffing is costing the t@x p@yers @ signific@nt @mount of money-while end@ndering the lives of inm@tes @nd security st@ff. @ll of the @bove h@s c@used me to fe@r for my life."

On 12/27/24, the warden responded, "Staff is making every effort to perform their tasks effectively. Therefore, I find your grievance without merit."

Your appeal was received on 1/3/25. After a review of your appeal and supporting documentation, I find this you are grieving anticipated events. Per AD19-34 anticipated events are non-grievable. Therefore, I will not address the merits of your appeal.

DIRECTOR

_uyff  1-31-25_

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*Fully Exh@usted*

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

**INMATE NAME:**   Barnes, Cambrin       **ADC #:**   147871       **GRIEVANCE#:**   EAM24-00622

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In your grievance dated 3/31/24, you stated, "CORReCTion@L W@Rden Moses J@ckson CL@SS Code: T005C- DePUTY W@Rden RiCH@Rdson CL@SS Code: T015C-@nd M2JOR T@YLOR CL@SS Code: T033C-@LL P@RTies N@med HeRein H@ve @ll Viol@ted Their CL@SS Summary-TYPiC@L FuncTions-ST@Te @nd Feder@L L@ws in w@ys @s Follows: @ll P@RTies N@med HeRe in H@ve @ll Been informed THRougH inm@Te RequesTs @Bout The BRE@CH OF SecuRiTy @nd UnconsTiTuTion@l PR@cTices Th@t @re Being DiSPL@Yed @t The E@STeRn @RK@ns@s Region@l Unit. On 3-8-24, 3-9-24, 3-10-24 and 3-11-24 I H@d Severe CHeST P@ins-CHeST TigHTness-SHORTneSS of Bre@th-@ppeTiTe Loss-VomiTTing-@nd-F@Tique FeeLings. The SC@RY Thing ABOUT THiS SiTu@tion IS TH@T THeRe w@s NO OFFicer on POST WORKing The ConTROL BOOTH To NOTiFy Med-ic@L @BOUT MY He@LTH condition. On The @Bove D@Tes DiD NOT one Zone Serge@nt- LietTen@nt-C@PT@in-M@JOR-OR-W@Rden Perform @ ROUTine S@FeTY CHeCK OF DOORS-Windows-LOCKS-@nd-@L@RM SYSTeMS in Cell BLOCK 6 To MoniTor inm@Tes Residents TO PReVenT @TTemPTed ESC@Pes. I Told NURSe Middleton @t Pill C@ll @BOUT The P@ins in my Chest @nd She TOLd me TH@T it's NOTHing She c@n Do Bec@use SecURiTY is SHORT OF St@FF. I H@d To SUFFeR The P@in OF De@TH Due To the SHORT of ST@FF-@ll P@RTies N@med HeRein H@S F@iLed TO SUPeRVise, TR@in, Obey, @nd enforce STaTe/FedeR@L L@w."

On 4/24/24, the warden responded, "Warden Jackson denies your allegations and states he has not violated any State or Federal Laws. Deputy Warden Richardson stated you were seen on 3/11/24 chest pains and you were diagnosed with indigestion. Nurse Middleton stated she does not any recollection of this incident. Per Policy AD 19-34, You must be specify the time, date, and location when submitting a grievance. You failed to provide evidence to support your allegations. Therefore, your grievance is found without merit."

Your appeal was received on 5/6/24. After a review of your appeal and supporting documentation, I find staff has denied your allegations. You have violated AD 19-34 by not stating specific times and location for me to do a thorough investigation. Therefore, I find your appeal without merit.

Appeal without merit.

DIRECTOR

*[signature]* 5-28-24

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*[handwritten] ✳ 7ULLY EXH@USTed ✗*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Barnes, Cambrin | ADC #: | 147871 | GRIEVANCE#: | EAM24-03370 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On October 19, 2024, you grieved "On 10/16/2024 at approx. 8:50 a.m. the on station health care provider T. Benett provided me nothing but hard times and put out of doors for the second time. Ms. Benett are you willing to submit to a (C.V.S.A) polygraph test and testify under oath in federal court saying that you never violated the Hippacratic Oath by denying to provide inmate C. Barnes medical treatment on 10/16/2024 and 10/7/2024? Circle: Yes or No! Director Culclager if Ms. Bennett do not circle one of the two answers above that means she has something to hide that automatically makes her guilty of all of the above. The on station health care provider T. Bennett has denied and deprived me medical treatment by failing to furnish me proper health care for the extremely low energy - fatigueness - light headed- dizzy- sleepy - and - drowsy conditions I constantly feel. T. Bennett has made it very clear that she is not trying to doctor and cure me - because - she is only here to doctor and cure her bank account. She is getting rich by keeping inmates like me sick. This cruel and unusual punishment alone has caused me to suffer psychological torture- mental deterioration - physical - and - emotional distress."

The medical department responded, "Records reflect you were seen by APN Bennett on 10-16-24 for fatigue. APN Bennett discussed with you that your labs were unremarkable and discussed with you that your physical was current. You saw APN Bennett again on 11-4-24 for fatigue/low energy. She discussed with you your labs from September 24 and noted that they were unremarkable. Her plan of care for you is to increase water intake and activity level, good sleep hygiene. She saw no clinical indication for vitamins or supplements. In conclusion, your current medical condition is being addressed by a qualified medical professional and you will continue to receive appropriate care/as determined necessary and clinically indicated based on your provider's judgement. You were seen by APN Bennett and provided a plan of care that includes increasing your water intake and activity levels and good sleep hygiene. She determined that there was no clinical indication for supplements or vitamins. Your grievance is without merit."

Your appeal states "Ms. Culcl@ger let's ex@mine the pl@n of c@re Ms. Bennett h@s provided me. 1. Incre@se w@ter int@ke: the w@ter @t the E.@.R. Unit is so toxic @nd n@sty th@t I just c@nnot stom@ch to m@ny cups of it. 2.) @ctivity level: How @m I suppose to st@y @ctive in @ solit@ry confinement cell being without y@rd c@ll recre@tion for the l@st 5 months receiving no vit@min D from the sunlight. 3.) Good sleep hygiene: Th@t's the problem im sleeping so much for so long th@t sometimes it be h@rd for me to open my eyes. I t@ke c@re of my hygiene @nd still be low on energy-f@tigued-drowsy-dizzy-light he@ded-@nd sleepy. Ms. Culcl@ger I need to be ceen by @nother on st@tion he@lth c@re provider."

The medical department's response is upheld and this appeal is without merit.

DIRECTOR

*Andrea Culclager    11/8/2024*

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*✗ Fully EXH@usTed ✗*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | |
|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-02946 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In your grievance dated 9/23/24, you stated, "On 9/16/2024 at apprx. 11:45 am Warden Lay made a routine safely check in Isolation 2. When Warden Lay apprecached my cell I told him that u have been in suicide watch the last 37 days and have not had the opportunity to brush my teeth one time. Warden Lay just looked at me with a prejudice racist disgraceful look in his face and walked off from my door. Its now 9/23/2024 and I have not brushed my teeth in 44 days- due to Warden Lay is allowing his lower level correctional officers to use treatment precaution suicide watch as a form of cruel and unusual punishment to force me off treatment precaution. The Mental health coordinator T. Ownes told me that its on my treatment log then security staff are to let me brush my teeth long as I give the toothpaste and tooth brush back to security when im finished. Why is Warden Lay allowing security to over throw and disrespect the mental health supervisors -Docters- and- psychologist decision? Not being able to brush my teeth for 44 days make me want to die even more. E.A.R.U-max correctional staff is the main reason im suicide going through a mental breakdown. Warden Lay has failed to supervise train obey and enforce the treatment precaution policy."

On 12/4/24, the warden responded, "Timothy Owen Mental Health Supervisor denies your claims. Security staff has been advised to allow; Therefore, your grievance is found without merit."

Your appeal was received on 12/10/24. After a review of your appeal and supporting documentation, I find this issue to resolved at the unit level. Therefore, your appeal is without merit.

Appeal Denied.

**DIRECTOR**

_[signature]_ 12-26-24

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*Fully Exhausted*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

**INMATE NAME:**    Barnes, Cambrin        **ADC #:**    147871        **GRIEVANCE#:**    EAM24-03303

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**
On October 16, 2024, you stated the following complaint: "On 10/13/2024 @t @pprx. 11:29 @.m. Sgt. Johnson showed @ c@llus disreg@rd to my qu@lity of life @nd heres he eidence to support my cl@ims: On the @bove d@te @nd time I need the directors Str@ughn-P@yne-@nd-Culcl@ger to review ISO 2-59 cell @udio video to cee how Sgt. Johnson @nd the nurse th@t w@s in the h@ll with her did not t@ke my chest p@ins serious.  Mr. Straughn when you review the @udio video to support my cl@ims you will cee @nd he@r me telling Sgt. Johnson I got chest p@ins th@t needs medical @ttention can you ple@se bring me @ sick c@ll request- th@ts when Sgt. Johnson left my door @nd never c@me b@ck with @ nurse.  I h@d to suffer the excruci@ting pains in my chest cavity without medic@l @ttention-Due to the cruel @nd unusu@l punishment pr@ctices by Sgt. Johnson.  It's also recorded on the above  d@te @t @round 8:00 @.m me @sking the l@dy in the control to notify medic@l but she just ignored me @nd Sgt. Johnson @nd Cpl. Robinson would not tell me the officer n@me so I could file @compl@int.  The ongoing cruel @nd unusu@l punishment my medical and prison officers has c@used me to suffer psychological torture-Mental deterioration-@nd-physic@l distress."

The Warden responded to your grievance on December 5, 2024, by stating the following: "Per Sergeant Williams-Johnson, at no time while she was escorting the nurse around did you advise either of them that you were having any chest pains.  You have failed to provide any factual evidence to support your claim.  Therefore, I find this grievance is without merit."

Your appeal was received on December 18, 2024. After review of your appeal and supporting documentation, I must concur with the Warden's decision. Staff have denied your allegations. Sgt. Williams-Johnson states, you did not inform her you had chest pains. You have not provided any evidence to support your allegations. Also, your grievance response was due to be returned to you on November 20, 2024. AD 19-34: Inmate Grievance Procedure outlines the appropriate steps for you to take to ensure your grievances are processed in a timely manner. You failed to submit your grievance appeal in the appropriate time frame. Due to your violation of policy and procedure, the merits of your appeal will not be addressed.

DIRECTOR

_(signature)_ 1-14-25

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

_(handwritten)_ Fully Exh@usted

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

**INMATE NAME:**    Barnes, Cambrin    **ADC #:**    147871    **GRIEVANCE#:**    EAM24-03381

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

In your grievance dated 10/21/24, you stated, "W@rden B@ll @nd J@son P@lmer both @re s@bot@ging @nd hindering the inm@te griev@nce procedure to keep me from exh@usting my @dministr@tive remedies @nd heres the evidence to support my cl@ims: T. Colem@n sent me @ unit level griev@nce @cknowledgement s@ying th@t griev@nce #: 24-02634 will be @ddressed by W@rden/Center supervisor or designee by 10/1/2024 but to no @vail. Briun@ Smith sent me @ unit level griev@nce @cknowledgement s@ying th@t griev@nce #: E@M24-02843 involves @ Ment@l He@lth issue @nd h@s been forw@rded to the Ment@l He@lth supervisor who will respond by 10/17/2024-but to no @v@il @nd it's now 10/21/2024. Director Str@ughn Debr@ Mills sent me @ griev@nce extension s@ying th@t the Chief Deputy Director will respond to Griev@nce#: E@m24-01636 by 8/30/2024-But-to no @v@il. Mr. Str@ughn @re you giving your lower level officers such @s: W@rden B@ll-J@son P@lmer-Debr@ Mills-@nd -Kim Bell-permission to s@bot@ge @nd hinder the inm@te griev@nce procedure to keep me from filing future l@wsuits? My (U.S.C.) 14th. @mendment Due Process Rights @re const@ntly being viol@ted-which is c@using me to stress @nd ment@l deterior@te."

On 11/25/24, the warden responded, "Staff denies you allegation of sabotaging and hindering you from exhausting your administrative remedies. Documentation show your grievances EAM24-02634. EAM2402843 and EAM24-01636 were address according to policy AD 19-34. Also, documentation show you appeal EAM24-01683 and EAM24-02634, your appeal was denied. Therefore, I find your grievance without merit."

Your appeal was received on 12/2/24. After a review of your appeal and supporting documentation, I concur with the warden's response. I don't find any policies or procedures violated. Therefore, I find your appeal without merit.

Appeal Denied.

DIRECTOR

_(signature)_ 1-3-25

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*Fully Exh@usted*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | |
|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-02938 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**
On September 21, 2024, you stated the following complaint: "On 9/21/2024 at apprx. 5:25 p.m. Major Allison entered ISO #2 and witnessed that it was no control booth operator on post to monitor my behavior every 15 minutes while I was having a mental breakdown hearing voices telling me to kill myself so I can live while there is no correctional officer on post to observe me while on treatment precaution suicide watch. The unconstitutional breach of security practices that Warden Lay-Warden Richardson-Warden Davis-and Major Allison is allowing lower ranking officers to get away with is subjecting my life to a substantial risk of physical harm. All parties named herein has showed a callous disregard to the quality of my life and liberty interest. Director Straughn help me understand why is it that officers are not on post to notify Mental Health when im having mental breakdowns? Why is it that both day shifts ISO#2 Zone sergeants are allowed to not make routine safety checks or inmate counts throughout the 12 hour shifts? The chief of security Major Allison has failed his A.D.C. major class code class summary and typical functions by failing to take corrective actions. Im requesting Director Straughn to review ISO#2 audio video camera footage and punish all staff who is at fault. This situation has stressed me out."

The Warden responded to your grievance on December 12, 2024, by stating the following: "Records show that staff was in the control booth and security rounds were made. Therefore, I find this grievance is without merit."

Your appeal was received on December 12, 2024. After review of your appeal and supporting documentation, I find you have not stated any incident that has directly affected you. Staff was assigned to post on the date you have alleged. Security logs verify rounds were made. Also, you failed to follow AD 19-34: Inmate Grievance Procedure when filing your appeal. A decision was to be rendered by December 6, 2024, and was not. Policy verifies the appropriate steps for you to take in the event your grievance is not responded to in a timely manner. You have failed to follow policy and procedure. Due to your violation of policy and procedure, the merits of your appeal cannot be addressed.

Appeal Denied

DIRECTOR

*[signature]* 1-14-25

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

✱ Fully EXH@usTed ✱

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Barnes, Cambrin | ADC #: | 147871 | GRIEVANCE#: | EAM25-00004 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On December 12, 2024, you grieved "WellP@th- @undre@ Culcl@ger- Dexter P@yne- Willi@m Str@ughn- J@son P@lmer- Ms. H@tchett- T. Bennett- T. Owen- Mr. Smith- Ms. @llen- Ms. Es@u- W@rden B@ll- B. D@vis- M. Rich@rdson- @nd - M@jor H@ynes h@ve @ll b@nded together to conspire with @ conspir@tori@l conduct of conspir@cy to c@use me ment@l @nd physic@l irrep@r@ble h@rm @nd here's the evidence to subst@nce my cl@ims: @s 12-12-24 @ll p@rties n@med herein h@s been well informed through the inm@te griev@nce procedure @bout the extremely short@ge of st@ff is c@using me to be denied medic@l @nd ment@l he@lth bre@kdowns there is never @ gu@rd on post in Iso #2 to notify medic@l or ment@l he@lth @bout my ment@l @nd physic@l he@lth condition- so therefore I'm being forced to suffer @nd feel the p@ins of de@th while crying te@rs from ment@l he@lth @gony. Even when I do submit sick c@lls @nd cee the provider- T. Bennett @lw@ys deny me tre@tment she never gives me nothing to cure me. Even when I do fin@lly get @ ch@nce to consult with my c@se m@n@ger it's only for 5 or 10 minutes- bec@use the officer is @lw@ys present th@t be rushing Ms. H@mmock @w@y from my door- th@t h@ve to go tend to @nother @re@ bec@use of the short@ge of st@ff."

The medical department responded, "Records reflect you were seen by Nurse Rivers in nursing sick call on 12-13-24 after receiving a sick call from you. You specifically state: "I have pains in my chest cavity with sharp pains in my stomach that has been causing me to vomit with excessive frequency and looseness of bowel movements." When examined you had pain produced in your chest when pressed on. You also stated to the nurse that "pays high dollar to smoke the drugs that are killing everyone to escape the monster" and refused the clear liquid diet when offered. On 12-16-24 you were seen for emergency chest pains by Nurse Rivers who noted that you had describe chest pain in your chest cavity and directly pointing to the bone and told her that it was in the bone not the chest. It was also noted that when you spoke to the nurse and asked if she had electric orgasms over the weekend and at that point the nurse terminated the visit due to inappropriate behavior. In conclusion, you have been seen for your chest pain both in sick call and as a walk-in by nursing staff. One visit was terminated due to inappropriate comments to the nurse. Your grievance is without merit."

Your appeal states "@undre@ you cee how J@son is going @round the f@ct th@t the short of st@ff is c@using me to suffer ment@l @nd physic@l irrep@r@ble h@rm. He once @g@in t@lking @bout things th@t do not h@ve nothing to do with my compl@int."

Medical and Mental Health have no control over staff shortages, which should be addressed with security. As for being seen in sick call and Mental Health, a review of your electronic medical record indicates you were seen six times in sick call for the month of December, as well as multiple Mental Health rounds which note you had no mental health complaints.

There is no evidence to support your allegations; therefore, this appeal is without merit.

DIRECTOR

*Aundrea Culclager* 1/17/2025

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*✱ Fully Exh@usted ✗*

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Barnes, Cambrin | ADC #: | 147871 | GRIEVANCE#: | EAM25-00005 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**
In your grievance dated December 11, 2024, you alleged that you are not getting counseling and therapy.

The unit mental health supervisor responded, Y/C: "@undre@ culcl@ger J@son P@lmer Dr. Rushefsky Dr. Kitrell Ms. H@mmock Ms. Mitchell Ms. @llen Ms. Es@u Mr. Smith-T.Owen-These @re @ll future defend@nts who h@s @ctively c@used me ment@l irrep@r@ble h@rm-@nd physic@l distress in w@ys @s follows. @ll p@rties n@med herein h@s been well informed through the inm@te griev@nc procedure @bout the l@ck of ther@py @nd very short (M.H.S.) counseling @ssessmnents h@s pl@ced my ment@l illness @t @ heightened risk of ment@l decompens@tion @nd conflict with correction@l officers. Being forced to h@ve to expose ment@l @nd physic@l symptoms while t@lking to my unprofession@l c@se m@n@ger in my cell out loud while other inm@tes @re e@r hustling h@s resulted in them m@king mockery of sickness while telling me to kill myself so I c@n live @t times.  Whenever I @m @llowed to consult with my c@se m@nager it's only for like 5 or 10 minutes before Ms. H@mmock will be s@ying something @bout security so therefore im not being @ble to receive the full benefits of ther@py or counseling bec@use Ms. H@mmock is putting security before my ment@l issues.  Not being provided with routine @nd emergency @ccesss to psychi@tric and psychologic@l services on @ d@ily b@sis is c@using me @nd other inm@tes to suffer ment@l decompens@tion-de@th-psychologic@l torture-@nd-physic@l distress.

Records reflect you were seen by MHD Hammock on 12-31-24 for case management and MHD Hammock discussed with you your mental health issues. You told her that you had a belief that you have not been properly diagnosed with a specific condition and expressed to her the frustration of not being formally diagnosed with that condition. MHD Hammock informed you of the limitations of within the mental health treatment that can be provided in a correctional setting. You also mentioned to her that you feel your mental health is declining due to being in maximum security setting for over ten years. MHD Hammock has provided you with a treatment plan and is noted at around 10% since the last session. Which is evidenced by the lack of disciplinary but you have not completed the information packet that was provided to you.

In conclusion, your current mental health condition is being addressed by a qualified mental health professional and you will continue to receive appropriate care/as determined necessary and clinically indicated based on your provider's judgement. You have been seen and given a treatment plan by the MH Director and if continued mental health services are needed you should complete a sick call to be seen.

Your grievance is without merit."

You appealed this grievance by stating, "CULCL@GeR THiS DUde j@Son P@LMeR M@Y Need TO Be ceen BY @ PSYCHoLogiST Bec@USe HiS BR@in IS NOT OPeRATing @T @ OPTimum LeveL. MY comPL@ibT IS NOT @BouT 12-31-2024. MY comPL@inT IS @BouT THeL@ck OF THeR@PY @nd veRY SHoRT MenT@L He@LTH counSeLing @ssessmenTS TH@T H@S PL@ced MY menT@L iLLneSS @T @ HeigHTened RiSK OF menT@L DecomPenS@tion @nd conFLicT wiTH CORRecTion@L OFFiceRS-J@Son P@LMeR R@n FROM THiS JUST LiKe @ IrrEspONSIblE 13 yE@r olD WOULD rUN @w@y FROM  THe ReSPonSiBiLiTY OF Being @ F@THeR. (S.M.H)"

You are being seen by the Psychiatrist, a mental Health Professional, and a Mental Health Technician, who are all working together to ensure you are receiving the care deemed appropriate to address your reported needs.

This grievance appeal is found without merit.

**DIRECTOR**

*Aundrea Culclager* 1/22/2025

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*FULLY EXH@USTED*

Case: 4:24-cv-00910-KGB-JTK   Document # 2-1   Date Filed: 10/21/2024   Page 14 of 36

Case 2:25-cv-00114-KGB-JTK   Document 2   Filed 02/28/25   Page 23 of 32

Attachment VI
00

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Barnes, Cambrin | ADC #: | 147871 | GRIEVANCE#: | EAM24-02972 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On September 24, 2024, you grieved "On 9/24/2024 at aprox. 12:15 am Cpl. Fondren made nurse belcher refuse to give me my mental health psyche medicine because I did not have any clothes to cover up my nakedness while on treatment precaution suicide watch Cpl. Fondren has intentionally abused her power by using treatment precaution suicide watch as a form of cruel and unusual punishment. I am not allowed to have clothes or a green smack on suicide watch. The paper gouns I get from mental health counselors always tear into pieces when I sweet toss and turn in my sleep. If I had a green smock I could cover up my nakedness but im not Allowed to have a green smock or clothes to cover up with. I don't have nothing in this dry cell but a paper goun that has tore into pieces which is impossible to wear on my body. Now I have to suffer mental deterioration and mental deterioration and mental breakdowns hearing voices telling me to kill myself due to being denied my psyche medicine by Cpl. Fondren and nurse belcher while on suicide watch. Im requesting Warden Lay Director Straughn and director culdager to listen to the audio video on the above date and time in Iso 2-59 cell. My psyche medicine is wat help me cope with my suicide thought being denied it is basically telling me to kill myself."

The medical department responded, "Records reflect that you received your medication during the AM Pill Pass by Nurse Belcher. The complaint has been reviewed with the alleged staff and all outcomes are considered confidential and handled administratively as deemed necessary. In conclusion, you did receive your medication as documented in the electronic record. Your grievance is without merit."

Your appeal states "Ms. Culdager if records reflect that I received medication during AM pill pass then somebody has made a false statement on the record. Review the audio video camera footage in my cell and cee with your wise eyes that at no time did Nurse Belcher pass pills to me on the above date and time. You cee how they are trying to cover up the corruption? Now let me show you another flaw in the weak response above. If records reflect I received my medicine and that im lying about everything then why Jason Palmer is talking about the complaint has been reviewed with the alleged staff and handled administratively as deemed necessary? Wats so confidential? What outcomes that got to be handled administratively as deemed necessary if wat im saying never took place"

The medical department's response is upheld and this appeal is without merit.

DIRECTOR

*Andrea Culdager* 10/10/2024

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*FULLY EXH@USTED*

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | | |
|---|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM24-01857 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On 7/11/2024, you stated the following complaint: The property Sgt. McKnight has conspiracy with a conspiratorial conduct of conspiracy with Lt. King to allow all 31 of my Manilla envelopes of legal mail to get destroyed the day I went on treatment precaution on 6-1-2024 at appx. 7:53 a.m. Sgt. McKnight allowed this to happen because I exposed the tact that she be giving inmate contraband out of the property while they are in the hall cage- like that time she gave an inmate his phone charger when the porter Sleepy found that inmate cell phone in his property and turned it in. The day Lt. King locked me up and put me on treatment precaution. He told me that he was gone let the porter Sleepy and Vonzalle to destroy all 31 of my legal mail envelopes when McKnight inventory my property because I expose the fact that Lt. King used to bring drugs into the facility and have inmate Foster to move it for him. Sgt. McKnight are you willing to submit to a C.V.S.E Polygram test saying that you never gave an inmate his cell phone charger or any contraband in the hall cage! Circle Yes or No! Cee the snitch same aint my expertise- but when yall banded together and destroyed all my family photos, poems, raps, lawsuits, and policys that was in them 31 envelopes - all the gloves came off. It my legal mail don't show up yall really gone have this next grievance with names/ sex partners.

The Warden responded to your grievance on 8/15/2024, by stating the following: Lieutenant King stated you received your property back and denies your allegations of conspiracy and of bringing drugs into the Unit. Corporal McKnight stated you received your property back but you refused to sign your inventory form. You failed to provide any evidence to support your allegations. Therefore, your grievance is found without merit.

Your appeal was received on 8/19/2024. After reviewing your appeal and supporting documentation, I concur with the Warden's response.

**Appeal denied**

**DIRECTOR**

MW - 8-29-24

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*Fully Exhausted*

# Defendants Continued

DR. Rushetsky
Psychologist
E.A.R.U. - Facility
P.O. Box 970
Marianne, AR-72360

DR. Kittrell
Psychiatrist
E.A.R.U. - Facility
P.O. Box 970
Marianne, AR-72360

Jason Palmer
Medical Svcs Manager
E.A.R.U. - Facility
P.O. Box 970
Marianne, AR-72360

Tracy Bennett
Medical Provider
E.A.R.U. - Facility
P.O. Box 970
Marianne, AR-72360

Timmothy Owen
Mental Health Coordinator
Cummins Unit
P.O. Box 500,
Grady, AR-71644

Natasha Hammock
Mental Health Director
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

Aaron Mitchell
Mental Health Counselor
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

Ms. Allen
Mental Health Advisor
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

Ms. Esau
Mental Health Advisor
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

Ms. Hatchett
Health Service Administrator
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

Michael Richardson
Deputy Warden
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

John Haynes
Major
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

Moses Jackson
Warden
Wrightsville Unit
P.O. Box 1000
Wrightsville, AR-72183

Stephen Lane
Captain
E.A.R.U - Facility
P.O. Box 970
Marianne, AR-72360

## Defendents Continued

B. Johnson
Sergeant
E.A.R.U. - Facility
P.O. Box 970
Marienne, AR-72360

Tyrone Allison
Major
E.A.R.U. - Facility
P.O. Box 970
Marienne, AR-72360

Mr. Lay
Warden
E.A.R.U. - Facility
P.O. Box 970
Marienne, AR-72360

Ms. Archie
Sergeant
E.A.R.U. - Facility
P.O. Box 970
Marienne, AR-72360

Ms. Middleton
Nurse
E.A.R.U. - Facility
P.O. Box 970
Marienne, AR-72360

Ms. McKnight
Sergeant
E.A.R.U. - Facility
P.O. Box 970
Marienne, AR-72360

J. King
Captain
Varner Unit
P.O. Box 600
Grady, AR-71644

# Statement of Facts

1. Director Payne-William Straughn-and-Warden Bell has all failed to furnish the (E.A.R.U) prison facility with enough prison guards to guard this prison from the outside in or inside out. The south tower post never have a prison guard supervising the perimeter to prevent attempted escapes or intruders which is a direct breach of security. In general population south hall 1-8 brks only 2 guards operating and supervising 8 different brks with 50 inmates in each brks which means there is only 2 guards assigned to watch over 400 inmates. How can 2 prison guards protect and supervise 400 inmates in 8 different brks at the same time? In restricted housing in the max cell blocks 1-8 there is never a prison guard on post to supervise inmates 12 hours a shift so therefore the control booths are being abandoned by guards and inmates are being found dead in the cell-because there is never a guard on post to notify medical and mental health when we are sick or suicidal. Isolation 1-2-and-3 never have a prison guard on post to supervise inmates to prevent attempted escapes or notify medical when im sick. The deficiency in staffing is costing the tax payers a significant amount of money-while endangering the lives of inmates and security staff. All parties named herein failure to protect practices has caused me anxiety-pain-and-suffering while in the care-custody-and-control of state institution.

2. Correctional Warden Moses Jackson – Deputy Warden Richardson-and-Major Taylor have all violated their class summary-typical functions-state and federal laws in way as follows: All parties named herein has been well informed through the inmate grievance procedure about the breach of security and unconstitutional practices that are being displayed at the (E.A.R.U). On 3-8-24, 3-9-24, 3-10-24, and, 3-11-24 I had severe chest pains-chest tightness shortness of breath-appetite loss-vomiting-and-fatigue feelings. The scary thing about this situation is that there was no officer on post working the control booth to notify medical about my poor health condition in cell block #6. On the above dates did not one warden-major-captain lieutenant-or-zone sergeant perform a routine safety check of doors-windows-locks-and-alarm systems in cell block 6 to monitor inmates residents to prevent attempted escapes. I told nurse Middleton at pill call about the pains in my chest and she told me that it's nothing she can do because security is short of staff. I had to suffer the pain of death due to the short of staff. All parties named herein has failed to supervise-train-obey-and-enforce the state and federal law.

3. Aundrea Culcleger-Jason Palmer-Dr. Rushefsky-Dr. Kitrell-Ms. Hammock-Ms. Mitchell-Ms. Allen-Ms. Escu-Mr. Smith-T. Owen-these are all the defendants on the mental health roster who is and/has actively caused me mental irreparable harm and physical distress in ways as follows: All defendants named herein has been well informed through the inmate grievance procedure about the lack of therapy and very short counseling sessions has placed my mental illness at a heightened risk of mental decompensation and conflict with correctional officers. All defendants named herein knows about the damage that 10 years of solitary confinement has done to me-but-has still failed to remedy the problem. These are the symptoms of mental and physical damage that's being ignored. (see page 2)

1 075

1.) I have attempted to kill myself several times over the years.

2.) I have been dehumanized - demoralized - and - desensitized so bad by (A.D.C) prison staff that I have to take prescription psyche drugs just to cope and feel normal. 3.) I pay for hardcore prison drugs like K-2 and meth knowing that it's killing and crippling other inmates while making me sick. 4.) I have growed and developed a anti-social, borderline-and-unspecified mental disorders that I have been diagnosed for. 5.) I can not stop doing what I know is wrong. 6.) I am lost and confused not understanding the purpose behind my spirit. 7.) In many ways I have became a savage in the pursuit of happiness. This be the mental and physical damage solitary confinement has done to me and all defendants named herein has contributed to it with malicious intent.

4.) On 11-14-2024 at approx. 1:35 P.M. Warden Richardson and Captain Lane both witnessed me screaming and telling Nurse Miller that I had chest pains on the audio video camera footage inside ISO 2-59 cell. Nurse Miller never reported my chest pains to her supervisors Ms. Hatchett - Jeson Palmer - and - Ms. Vanpelt, which resulted in me suffering excruciating pains in my chest cavity while feeling mental agony and distress. Nurse Miller denied me medical service thus, violating and breaching the hippocratic oath and duty for medical professionals. Nurse Miller malfeesance and malpractice actions against me has caused me to suffer mental agony and physical distress. Nurse Miller intentionally and maliciously refused to use her skill and professional judgement that is the norm in the medical field. Nurse Miller evil insidious actions has caused me to endure physical harm by showing a callous disregard to the duality of my life and state created liberty interest. It has been several times in the past I have attempted to Nurse Miller and other nurses about my chest pains - but - to no avail. Jeson Palmer - Hatchett - and - Vanpelt tell these nurses to do this because they are under the impression that every inmate is trying to masturbate in the nurses face - So Ms. Miller and other nurses like her deny me medical attention.

5.) On 9-27-2024 I grieved the fact that Warden Ley - Richardson - and - Warden Davis has actively discriminated against me by showing favoritisms to other prisoners in ways as follows: all through our general population South Hall 1-8 BRKS inmates are on walking punitive with contraband charges and indecent exposure charges that's being allowed to remain in Gen. Pop. just because they refuse to go to court or have a better unprofessional friendship with the Wardens then I do.

6.) On 9-21-2024 did not one zone sergeant make a routine safety check or do an inmate count to prevent attempted escapes and counsel with me about the unprofessional — unconstitutional actions displayed by CPL. Ayinde. On the above date CPL. Ayinde would not notify ISO#2 zone sergeant to do a round or inmate count - because he thought I was gone expose the fact that he did not feed inmate Jackson in 2-53 cell lunch or dinner - which was not the case. I needed to consult with the zone sgt. or above about the fact I was having chest pains - shortness of breath - and - stomach aches - while there was no officer on post to notify medical about my poor health condition. On the above date Tyrone Allison came in ISO#2 to place inmate Jackson on suicide watch - I attempted to stop Major Allison several times - but to no avail. Warden Ley allowed Mr. Allison and CPL. Ayinde to violate my (U.S.C) rights. ISO#2-59 cell audio video footage be the evidence to support my claims.

<u>Statement of Facts Continued</u>

7.) On 11-3-2024 at approx. 7:12 a.m. the on station health care provider Tracy Bennett provided me nothing but forms of maltreatment-negligence-irreparable harm-and-malpractice for the 3rd. time. Tracy Bennett has been well informed through the inmate grievance procedure about the fact I need medical attention-but is intentionally and maliciously neglecting me by refusing to provide treatment for me ongoingly. Tracy Bennett has been persistently denying and depriving me medical treatment by failing to furnish me proper health care for the extremely low energy-fatigueness-light headed-dizzy-sleepy-and drowsy conditions I feel ongoingly. Tracy Bennett actions has made it very clear that she is not here to doctor and cure me-she is only here to doctor and cure her bank account. She is consciously choosing to put the (A.D.C) profits over prisoners like me health condition. The ongoing forms of maltreatment and malpractice by T. Bennett is getting her rich by keeping inmates like me sick. The deliberate indifference cruel and unusual punishment practices by Tracy Bennett has caused me to suffer mental deterioration and physical distress.

8.) On 2-18-2025 I grieved about how Director Aundrea Culclager-Dexter Payne-William Straughn-and-Warden Bell allowing the (M.H.D) Ms. Hemmock-Ms. Mitchell-and-Dr. Kittrell to show a callous disregard to the duality of my life and state created liberty interest by allowing security staff Capt. Lane and Sgt. Hawkins to violate the mental health suicide watch treatment precaution policy in ways as follows: On 2-13-2025 I was placed on treatment precaution suicide watch by Ms. Hemmock-Ms. Mitchell-and-Dr. Rushefsky. Capt. Lane and Sgt. Hawkins escorted me from Iso 2-59 cell and placed me inside Iso 1-25 cell with just a paper towel gown in the cold winter month of February with no heat circulating-while never searching the cell for anything that I could use to cause a substantial risk of physical harm to myself while on suicide watch. By all mental health staff named herein failing to supervise and enforce the treatment precaution policy on security staff-resulted in me finding several pieces of sharp razor blades-while having a mental breakdown hearing voices telling me to kill myself so I can live. That's when I cut my left risk open 3 times-while being forced to smell the feces that was smeared on the floor that another inmate intentionally did before I was moved in the cell. I requested Director Culclager to reserve and review Iso #1-25 cell audio video from 4:30 p.m. — 6:30 p.m. on the above date to see me holding up my bloody risk on camera asking to speak with somebody while there was no officer on post to observe -supervise-and-monitor my behavior every 15 minutes. Lt. Litzsey saved my life at shift change by getting me immediate medical attention while having inmate Russell to come and clean the feces off the floor. My witness's are Lt. Litzsey-Cpl. Griffin-and-Nurse Clienksdale and the audio video camera footage in Iso 1-25 cell.

9.) On 10-18-2024 at approx. 4:30 p.m. Warden Richardson and Major Haynes both eye witnessed that the Iso 2 control booth post was abandoned by whoever the guard was that were supposed to be assigned to it for 12 hours. On the above date and time Iso #2 audio video camera footage gone show and prove that the lack of security is boarding alive a breach of security.

3075

# Statement of Facts Continued

10.) On 10-3-2024 at approx. 12:54 P.M. Warden Richardson witnessed that the ISO 2 control booth post was abandoned for 12 hours due to the inadequate staffing of the (E.A.R.U.) max correctional facility. On the above date and time I had severe chest pains - shortness of breath - and - mental breakdowns but there was no officer on post to notify medical and mental health about my mental and physical health condition so I had to suffer once again due to the deficiency in staffing. ISO 2 audio video camera footage be the evidence to substantiate my claims.

11.) On 10-8-2024 at 5:00 P.M. I was having chest pains - shortness of breath - fatigueness - dizzy - light headed - and - low on energy - while there was no guard on post to notify medical. So I had to suffer afraid and alone feeling the pains of death. The lack of security breach of security practices at the E.A.R-max is killing and crippling inmates that's also causing my life to be subjected to a substantial risk of physical harm. ISO 2 audio video will show the unconstitutional breach of security practices. Warden Bell does not have enough employees to provide and run prison facility operations such as recreation exercise - haircuts - shaves - medical services - and - control booth posts with full time guards 12 hours a shift.

12.) On 7-1-2024 at 7:20 P.M. I was crying tears with several suicidal thoughts - severe chest pains - shortness of breath - and - vomiting. The horrific thing about this situation is that there was no guard on post to monitor - observe - and - supervise me every 15 minutes like policy dictates. Lt. King never made one routine safety check in ISO #3 and Sgt. Evans never did one inmate count the whole 12 hour shift. Please reserve and review ISO #3 video footage to see how Moses Jackson allowed lower ranking guards to show a callous disregard to the safety of my life while I was on suicide watch.

13.) On 9-11-24, 9-12-24, 9-13-24, 9-14-24, 9-20-24, 9-21-24, 9-22-24, 9-28-24, and, 9-29-2024 - Warden Ley - Warden Richardson - and - Captain Lane allowed both day shifts security staff to abandon ISO# 2 post the full 12 hour shifts while I was on treatment precaution suicide watch having mental breakdowns with indirect suicidal thoughts. On the above dates I was having suicidal thoughts - chest pains - shortness of breath - but there was no guard on post to monitor my behavior and notify medical and mental health about my mental and physical health condition - so I had to suffer all alone while in the care-custody-and-control of (A.D.C) state constitution.

14.) Dr. White - Dr. Rushefsky - Dr. Kittrell - Dr. Richard - David Ryles - Rory Griffin - A. Culclager - Dexter Payne - William Straughn - Wendy Kelly - Ray Hobbs - Moses Jackson - Brendon Davis - Natesha Hammock - A. Mitchell - T. Owen - and - Warden Burl has all allowed me to get punished in disciplinary court for parophilic symptoms - disorders - and - mental defects that the bias (A.D.C) psychologists and psychiatrist has all refuse to diagnose and treat for over 10 years now.

4075

15.) On 10-13-2024 at approx. 11:29 a.m. Sgt. Johnson showed a callous disregard to my quality of life and stare created liberty interest in ways as follows: On the above date and time ISO#2-59 cell audio video footage will show and record me talking to Sgt. Johnson at my cell door telling her to tell the nurse there was in the hall way with her that I had chest pains - But - her and the nurse left out the isolation never returning to afford me medical attention. I had to suffer the excruciating pains in my chest cavity with out medical attention - Due to the cruel and unusual punishment practices by Sgt. Johnson and the nurse. It's also recorded on the above date at around 8:00 a.m. me asking the lady in the control booth to notify medical - But - she just ignored my honest pleas for help. I asked Sgt. Johnson and Cpl. Robinson what was her name but they would not tell me so that I can file a complaint on her.

16.) On 7-11-2024 I grieved about the fact Sgt. McKnight conspired with a conspiratorial conduct of conspiracy with Lt. King to allow 31 of my legal mail envelopes to get destroyed the day I went on suicide watch at 7:53 a.m. in 6-51 cell. Sgt. McKnight allowed the Lt. King to do this because I exposed the fact that she has a very bad cocaine snorting habit and be having sex or work in the isolation closets with her co-workers like former Sgt. Jack when there is no cameras located. On 6-1-2024 Lt. King told me that he was gone have the property Sgt. McKnight to let inmate/porter V. Johnson destroy all 31 of my legal mail envelopes that consisted of personal material that had sentimental value to it such as my deceased family photos - religious material - criminal case transcripts - lawsuits - raps - and - poems. On 6-1-2024 at approx 8:00 a.m. — 10:00 a.m. cell block 6 camera footage gone show two porters going inside cell block 6-51 cell getting a very big laundry bag filled with large legal manilla envelopes bringing it down the hall putting it front of my hall cage I was in. Shortly after - I was escorted to ISO 2 day room with out my property never seeing my legal mail again. Lt. King did wat he did to my property because I exposed the fact his baby mother nurse Cole was having a love affair with one of my homeboyz. On 6-4-2024 Sgt. McKnight signed a Inventory sheet that had (thirty one) legal mail envelopes wrote on it - But - when I got my property back on 7-11-2024 there was no legal mail in my property period only them empty laundry bags my mail was in. This situation has caused me mental agony and physical distress.

17.) On 6-30-2024 at approx. 6:58 a.m. Warden Davis made a round in ISO#3 and sent Cpl. Swiney to uncover my observation cell window while ▆▆▆▆ I was on treatment precaution suicide watch. Sgt. Archie had my very small observation cell window covered up for 12 hours straight on 6-29-2024. Cpl. Lara told me that r. Owen gave all shifts a direct order to keep all observation suicide cell windows covered up because he don't want inmates that's on suicide watch to see the female correctional officers. So the suicide cell windows are covered up right now with paper in all the isolations til the very date of this writing which is 2-23-2025. I have notified Director Culclager about the dangerous practices leaving suicidal inmates windows covered but to no avail. They are more worried about a inmate lusting than him being suicidal unsupervised.

5 OF 5

C@MBRin B@Rnes
#147871#
P·O·Box 970
M@Ri@nn@, AR-72360

NEOPOST          FIRST·CLASS MAIL
02/25/2025                      IMI
US POSTAGE $003.15⁰

                    ZIP 72320
                    041M11284582

(U·S·D·C)—CLeRK'S Office

600 West C@PiTOL Avenue
      Suite A·149
LiTTLe ROCK, AR-72201