IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAMBRIN BARNES                                                                              PLAINTIFF
ADC # 147871

v.                        Lead Case No. 4:24CV00910-KGB-JTK
            Consolidated Case No. 2:25CV00044-KGB-JTK

DEXTER PAYNE, et al.                                                                      DEFENDANTS

## ORDER

 Cambrin Barnes's ("Plaintiff") Motion for Discovery (Doc. No. 71) is DENIED. In his Motion, Plaintiff seeks an address at which to serve Defendant Archie. (Id. at 1). But the Arkansas Division of Correction ("ADC") already provided Defendant Archie's last known address, and service attempted at that address—as well as service attempted through the ADC Compliance Office—failed. (Doc. Nos. 48, 65). Consequently, the Court directed Plaintiff to provide a valid address for service for Defendant Archie. (Doc. No. 68). It is Plaintiff's responsibility to provide a service address for Defendant Archie. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also FED. R. CIV. P. 4(m) (any defendant not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice).

 IT IS SO ORDERED this 8th day of December, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE