**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

CAMBRIN BARNES                                                                    PLAINTIFF
ADC # 147871

v.                        Lead Case No. 4:24CV00910-KGB-JTK
                    Consolidated Case No. 2:25CV00044-KGB-JTK

DEXTER PAYNE, et al.                                                          DEFENDANTS

## ORDER

The ADC Defendants' Motion, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil

Procedure, to take the deposition of Plaintiff Cabrin Barnes (Doc. No. 98) is GRANTED.  The

deposition may be taken by remote means.  Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED this 19th day of May, 2026.

_____
JEROME T. KEARNEY
 UNITED STATES MAGISTRATE JUDGE